# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1027**  **September Term, 2024**

EPA-89FR82074

**Filed On:** April 14, 2025

Lake Carriers' Association,

      Petitioner

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

      Respondents

------------------------------

Consolidated with 25-1049, 25-1052

    **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

    Upon consideration of the motion to hold these cases in abeyance and to extend time to respond to the environmental petitioners' motion to intervene in No. 25-1027, the oppositions thereto, and the reply; the unopposed motion to extend time to respond to Lake Carriers' Association's motion to intervene in No. 25-1052; and the motion to extend time to file the certified index to the record and the opposition thereto, it is

    **ORDERED** that these consolidated cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within 60 days of the date of this order.

### Per Curiam