# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 25-1027** **September Term, 2026**

**EPA-89FR82074**

**Filed On:** October 7, 2026

Lake Carriers' Association,

Petitioner

v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

Respondents

------------------------------

Alliance for the Great Lakes, et al.,
Intervenors

------------------------------

Consolidated with 25-1049, 25-1052

**BEFORE:** Rao, Pan, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the joint motion proposing oral argument format, it is

**ORDERED** that the following format apply in these consolidated cases, which are scheduled for oral argument at 9:30 a.m. on Friday, October 23, 2026:

| **Parties** | **Counsel** | **Time** |
|---|---|---|
| | Segment I: Laker Issues | |
| Lake Carriers' Association | Varu Chilakamarri | 12 minutes |
| Environmental Petitioners and Respondent-Intervenors | Wendy Bloom | 12 minutes |
| Amici Curiae | Elizabeth Morrisseau | 3 minutes |

| | | |
|---|---|---|
| Environmental Protection Agency | Alex Hardee | 20 minutes |
| Lake Carriers' Association as Respondent-Intervenor | Varu Chilakamarri | 3 minutes |

Segment II: Non-Laker Issues

| | | |
|---|---|---|
| California State Lands Commission | Sahar Durali | 12 minutes |
| Environmental Protection Agency | Alex Hardee | 12 minutes |

Argument will be conducted in the order listed. Petitioners should reserve time from their allotments for rebuttal. Form 72 should be completed and submitted by October 16, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk